253880

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 01-1883 DSD/JMM Case Title: Domzalski v. Coldata, Inc.

### Affidavit of Movant

I, Thomas J. Lyons, Jr. ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac O. Randolph Bragg, an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for [✓] plaintiff [ ] defendant Lisa Domzalski in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature]

MN Attorney License #: 0249646

Date: 12/5/01

### Affidavit of Proposed Admittee

I, O. Randolph Bragg, am currently a member in good standing of the U.S. District Court for Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: O. Randolph Bragg

Signature: [signature]

Date: Nov. 15, 2001

Attorney License Number: 6221983 - Illinois

Law Firm Name & Address: HORWITZ, HORWITZ & ASSOCIATES
25 E. Washington St., Suite 900, Chicago, IL 60602

Telephone: (312) 372-8822

Motion Granted: Richard D. Sletten, /JJ
For the Court: Richard D. Sletten, Clerk

Date: DEC 06 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED DEC 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______