UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LISA DOMZALSKI,

Plaintiff,

v.

COLDATA INC.,

Defendant.

Civil No. 01-1883 (DSD/JMM)

**SECOND** ORDER FOR PRETRIAL CONFERENCE

TO: Plaintiff above named and to Thomas J. Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117; Peter F. Barry, Esq., Barry Law Office, 342 County Road D East, Little Canada, MN 55117, attorneys for Plaintiff;

Defendant above named and to Charles F. Webber, Esq., Erin K. Turner, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, attorneys for Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on April 17, 2002 at 9:45 a.m. before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

At said conference, Defendant shall show cause, if any there be, why sanctions should not be imposed by reason of the failure to comply with the Order of this Court dated March 4, 2002.

Dated: April 4, 2002

JOHN M. MASON
United States Magistrate Judge

Filed APR 04 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______