**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 01-1883 DSD/SRN**

---

Lisa Domzalski, on behalf
of herself and all others
similarly situated,

Plaintiff,

-vs-

Coldata, Inc.,

Defendant.

**STIPULATION FOR CLASS CERTIFICATION**

---

**WHEREAS**, Plaintiff's attorneys of record for the Class Representatives in Lisa Domzalski v. Coldata, Inc. (the "Litigation"), pending in the United States District Court for the District of Minnesota before Honorable Judge David S. Doty and Magistrate Judge Susan R. Nelson, which Litigation was filed as a class action and alleges the following class:

> all Minnesota residents to whom letters in the form of Exhibits 1, 2, and/or 3 that were sent in an attempt to collect a debt incurred for personal, family, or household purposes, which were not returned undelivered by the U.S. Post Office during the one year period prior to the filing of the complaint in this action.

**WHEREAS**, the Complaint in the Litigation alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.;

**WHEREAS**, the parties agree that this Litigation can and should be certified as a Minnesota statewide class action for purposes of settlement pursuant to Federal Rule of Civil Procedure ("FRCP") 23(b)(2) and 23(b)(3);



FILED 8-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the parties agree that under any settlement of the Litigation, Defendant will incur all costs of notice to the class and agree to maintain the distribution of proceeds to the class with reasonable monitoring by Plaintiff's counsel as agreed upon by Defendant's counsel.

**WHEREAS**, this Stipulation is in accordance with Fed.R.Civ.P. 23;

**IT IS HEREBY STIPULATED** and agreed by the parties hereto, through their respective counsel, that this litigation should be certified as a Minnesota statewide class action.

**ATTORNEYS FOR PLAINTIFF**

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________________
Thomas J. Lyons, Jr. Esq.
Attorney ID #0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: 8/7/02

HORWITZ, HORWITZ & ASSOCIATES
O. Randolph Bragg
25 East Washington St.
Suite 900
Chicago, Illinois 60602
(312) 372-8822

**THE BARRY LAW OFFICE LTD.**
Peter F. Barry, Esq.
Attorney I.D. #0266577
342 East County Road D
St. Paul, Minnesota 55117
(651) 714-8800

**ATTORNEY FOR DEFENDANT**

**FAEGRE & BENSON LLP**

By: Erin K. Turner
Erin K. Turner, Esq.
Attorney I.D. #: 305923
Charles Webber, Esq.
Attorney I.D. #: 215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Dated: August 15, 2002

**ORDER**

Pursuant to the foregoing Stipulation, this matter is certified as a statewide class action.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 8/20/02

Judge David S. Doty
UNITED STATES DISTRICT COURT