**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**COURT FILE NO.: CV 01-1883 DSD/SRN**

---

Lisa Domzalski, on behalf of herself and all others similarly situated,

Plaintiff,

-vs-

Coldata Inc.,

Defendant.

---

**ORDER GRANTING PRELIMINARY APPROVAL**
**OF CLASS SETTLEMENT**

This cause comes before the Court on the Joint Motion of plaintiff Lisa Domzalski and defendant Coldata, Inc. for preliminary approval of the Class Action Settlement Agreement. The Court being fully advised in the premises of the proposed Class Settlement,

A. Plaintiff and defendant have entered into a Class Action Settlement Agreement ("Settlement Agreement"), attached to the Joint Motion as Appendix A . Defendant has denied and continues to deny liability to the plaintiff and the class, and enters into the settlement solely to avoid the expense and inconvenience of further litigation.

B. The Settlement Agreement has been submitted to the Court for approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

C. Defendant has ceased the practice of sending letters in the form of Exhibits 1,



FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2 and 3 (attached to the complaint) to Minnesota consumers and agrees not to use such letters in the future.

D. Pursuant to the Settlement Agreement, defendant has agreed to pay $2,500.00 as statutory damages to Lisa Domzalski and for her services as Class representative..

E. Pursuant to the Settlement Agreement, defendant has agreed to pay $47,466.00 (1% of its net worth) as statutory damages to the class. Distribution of this amount will result in approximately $18.00 for each of 2,637 class members.

F. Any funds which cannot be distributed as set forth above will be paid as a *cy pres* award to the not for profit corporation National Consumer Law Center for use in consumer representation and/or education.

IT IS HEREBY ORDERED THAT:

1. The Class Action Settlement Agreement (Appendix A) is preliminarily approved.

2. The names and addresses of all class members shall be provided by defendant to plaintiff or her designee by March 14, 2003.

3. Notice in the form of Appendix B attached to the Joint Motion shall be mailed to each class member by April 4, 2003. (The parties suggest the date be 21 days from that set in the foregoing paragraph.)

4. All opt-outs from, motions to intervene in, and objections to the proposed class action settlement shall be made on or before May 16, 2003. (The parties suggest the date be one month from that set in the foregoing paragraph.)

5. The Final Fairness Hearing will be conducted before the Honorable Magistrate

Susan Richard Nelson, at the U.S. District Court for the District of Minnesota in Courtroom # 230C on June 26, 2003 at 2:30 P.M. (The parties suggest the date be at least six weeks from that set in the foregoing paragraph.)

6. Plaintiff shall file a motion for an award of costs and reasonable attorneys' fees not to exceed $25,500 no later than June 18, 2003. (The parties suggest the date be 14 days before the date set for the Final Fairness Hearing).

DATE: March 10, 2003

Susan Richard Nelson
HONORABLE SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE